UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REUBEN & KATHERINE TOLENTINO, et al.,

                Plaintiffs,

    v.

JEFFREY A. MOSSMAN, et al.,

                Defendants.

2:07-CV-01243-GEB-GGH

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

        Plaintiff's Status Report filed September 17, 2007, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for October 1, 2007 is continued to December 10, 2007, at 9:00 a.m. A joint status report shall be filed no later than November 26, 2007.[1]

        Plaintiff is hereby notified that this action may be dismissed without prejudice under Federal Rules Civil Procedures 4(m) as to any defendant not served by October 23, 2007. To avoid dismissal, a proof of service shall be filed for each defendant no

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

later than October 24, 2007.

If Plaintiff believes it has good cause to justify extension of Rule 4(m)'s 120-day service period for any defendant not served on or before October 23, 2007, it shall file a declaration no later than October 23, 2007, showing "good cause" why the action should not be dismissed without prejudice as to that defendant.

IT IS SO ORDERED.

September 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge