IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
REUBEN & KATHARINE TOLENTINO;      )   2:07-CV-1243-GEB-DAD
KB PROPERTIES, LLC; JAMES & BRENDA )
HALL; HARPAUL & AMRITPAL NAGRA;    )
WEST MULLEN IOWA, LLC; M & B REAL  )
PROPERTIES, LLC; RIVER WIND, LLC,  )
                                   )
               Plaintiffs,         )
                                   )
     v.                            )   ORDER*
                                   )
JEFFREY A. MOSSMAN; SCOTT G.       )
MUELLER; DENNIS DUDLEY; INVESTORS  )
ADVANTAGE CAPITAL FUND I, LLC;     )
CASH FLOW FINANCIAL GROUP, LLC;    )
GREATER CEDAR VALLEY FINANCIAL     )
GROUP, LLC; GREATER CEDAR VALLEY   )
FINANCIAL GROUP II, LLC; EAGLES    )
NEST REAL ESTATE, LLC; BRO PROPERTY)
AND APPRAISALS, LLC; McRAE         )
APPRAISALS, INC.; VALUATION        )
SERVICES, INC.; MICHAEL FELTNER;   )
and GARY DECLARK,                  )
                                   )
               Defendants.         )
_____)
```

On March 4, 2008, Plaintiffs moved for leave to file an untimely opposition to Defendants' motions to dismiss and to transfer venue. Defendants' motions were set for hearing on March 10, 2008.

---

\* This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  Plaintiffs argue leave should be granted since their failure
2  to file a timely opposition resulted from excusable neglect.  (Pls.'
3  Mot. at 2:23.)  Plaintiffs' counsel offers the following explanation
4  for its failure to file a timely opposition: a paralegal in
5  Plaintiffs' counsel's office incorrectly calendared the opposition due
6  date for March 7, 2008; generally, due dates are also checked by an
7  attorney; the opposition due date was not checked by an attorney
8  because the primary responsibility on this action was transferred to a
9  different attorney in the same firm after Defendants' motions were
10 filed, and each attorney thought the other had checked the opposition
11 due date.  (Id. at 2:2-20; Decl. Jay T. Jambeck in Supp. of Pls.' Mot.
12 ¶¶ 3-6.)
13 Under Federal Rule of Civil Procedure 6(b), Plaintiffs may
14 be granted an extension of time "if [Plaintiffs] failed to act because
15 of excusable neglect."  Fed. R. Civ. P. 6(b); see Hill v. England,
16 2007 WL 3132930, at *2 (E.D. Cal. Oct. 23, 2007) (applying "excusable
17 neglect" standard to plaintiff's request to file an untimely
18 opposition to defendant's summary judgment motion).  The determination
19 whether "excusable neglect" has been established is made by balancing
20 four factors: "(1) the danger of prejudice to the non-moving party,
21 (2) the length of the delay and its potential impact on judicial
22 proceedings, (3) the reason for the delay, including whether it was
23 within the reasonable control of the movant, and (4) whether the
24 moving party's conduct was in good faith."  Pincay v. Andrews, 389
25 F.3d 853, 855 (9th Cir. 2004) (citing Pioneer Inv. Servs. Co. v.
26 Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993)).
27 "[E]xcusable neglect includes 'situations in which the failure to
28 comply with a filing deadline is attributable to negligence.'"  Marx

1 | v. Loral Corp., 87 F.3d 1049, 1054 (9th Cir. 1996) (quoting Pioneer,
2 | 507 U.S. at 394).
3 |       Plaintiffs argue Defendants will not be prejudiced by
4 | permitting Plaintiffs to file an untimely opposition.  (Pls.' Mot. at
5 | 3:4-10.)  Since Plaintiffs request that Defendants be granted
6 | additional time to file a reply brief, the "primary impact of the
7 | failure of Plaintiffs to timely file an opposition is a delay in the
8 | hearing or determination of Defendants' motions."  (Id.)  Further, the
9 | "length of the delay will be minimal, as Plaintiffs are prepared to
10 | file their oppositions" immediately.  (Id. at 3:11-13.)  Although the
11 | reason for the delay is Plaintiffs' counsel's negligence, there is no
12 | indication that Plaintiffs' counsel did not act in good faith.
13 |       Accordingly, Plaintiffs are granted leave to file their
14 | opposition to Defendants' motions on or before March 7, 2008.
15 | Defendants' reply to Plaintiffs' opposition, if any, shall be filed on
16 | or before March 14, 2008.
17 |       IT IS SO ORDERED.
18 | Dated:  March 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3